AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bloom, Beth F. | United States District Court, Southern District of Florida | 07/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge, active status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
Southern District of Florida
299 East Broward Boulevard, Room 207
Ft. Lauderdale, FL 33301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Children's Craniofacial Association, Miami Children's Hospital |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/20/1995 | State of Florida, Division of Retirement Pension Plan, payable upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Distribution from The Koniver Stern Group, Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sabadell United Bank | Mortgage, Investment Property #1, Miami Beach, Florida (Part VII, Line 1) | N |
| 2. | Bank United | Mortgage, Investment Property #2, Miami Beach, Florida (Part VII, Line 2) | N |
| 3. | City National Bank | Mortgage, Investment Property #3, Miami Beach, Florida (Part VII, Line 3) | P1 |
| 4. | Sabadell United Bank | Mortgage, Investment Property #4, Miami Beach, Florida (Part VII, Line 4) | M |
| 5. | City National Bank | Mortgage, Investment Property #5, Miami Beach, Florida (Part VII, Line 5) | O |
| 6. | City National Bank | Mortgage, Investment Property #6, Miami Beach, Florida (Part VII, Line 6) | N |
| 7. | Sabadell United Bank | Mortgage, Investment Property #7 Miami Beach, Florida (Part VII, Line 7) | P1 |
| 8. | Sabadell United Bank | Mortgage, Investment Property #8, Miami Beach, Florida (Part VII, Line 8) | M |
| 9. | City National Bank | Mortgage, Investment Property #9, Miami Beach, Florida (Part VII, Line 9) | N |
| 10. | Mercantile Bank | Mortgage, Miami Beach, LLC (Part VII, Line 10) | P1 |
| 11. | GBJ + REG | Mortgage, Palm Beach, LLC (Part VII, Line 11) | O |
| 12. | City National | Mortgage, Joe Acquisitions (Part VII, Line 13 & 14) | O |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Property #1, Miami Beach, Florida | E | Rent | O | W | | | | | |
| 2. Investment Property #2, Miami Beach, Florida | D | Rent | O | W | | | | | |
| 3. Investment Property #3, Miami Beach, Florida | G | Rent | P2 | W | | | | | |
| 4. Investment Property #4, Miami Beach, Florida | A | Rent | N | W | | | | | |
| 5. Investment Property #5, Miami Beach, Florida | E | Rent | P1 | W | | | | | |
| 6. Investment Property #6, Miami Beach, Florida | | None | O | W | | | | | |
| 7. Investment Property #7, Miami Beach, Florida | F | Rent | P1 | W | | | | | |
| 8. Investment Property #8, Miami Beach, Florida | E | Rent | N | W | | | | | |
| 9. Investment Property #9, Miami Beach, Florida | E | Rent | O | W | | | | | |
| 10. Miami Beach, LLC | E | Rent | P1 | W | | | | | |
| 11. Palm Beach, LLC | | None | P1 | W | | | | | |
| 12. Joe Acquisitions, LLC | | None | | | Sold | 06/09/16 | P2 | G | |
| 13. | | None | P1 | W | Buy | 11/29/16 | P1 | | |
| 14. | | None | P1 | W | Buy | 12/02/16 | P1 | | |
| 15. ▓▓▓ Partners, LLC | | None | J | W | Open | 10/11/16 | J | | |
| 16. LMNR Axis Properties, LLC | | None | J | W | | | | | |
| 17. The Stern Organization (X) | | None | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 19. Invesco Mid Cap Growth Fund | A | Dividend | K | T | | | | | |
| 20. MFS Mass Investors Growth Stock Fund | C | Dividend | K | T | | | | | |
| 21. Vanguard Total Stock Market Fund | E | Dividend | M | T | | | | | |
| 22. VALIC Fixed Interest Option | B | Interest | L | T | | | | | |
| 23. Wells Fargo Adv. Opportunity Fund | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 24. Citibank, Cash Account | A | Interest | K | T | | | | | |
| 25. Citibank, Cash Account | A | Interest | J | T | | | | | |
| 26. Citibank, Cash Account | A | Interest | M | T | | | | | |
| 27. Gibraltor Bank, Cash Account | A | Interest | L | T | | | | | |
| 28. Marquis Bank, Cash Account | A | Interest | J | T | | | | | |
| 29. Marquis Bank, Cash Account | A | Interest | J | T | | | | | |
| 30. Marquis Bank, Cash Account | A | Interest | K | T | | | | | |
| 31. Marquis Bank, Cash Account | B | Interest | L | T | | | | | |
| 32. Marquis Bank, Cash Account | A | Interest | J | T | | | | | |
| 33. Marquis Bank, Cash Account | A | Interest | J | T | | | | | |
| 34. Marquis Bank, Cash Account | B | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Professional Bank, Cash Account | A | Interest | M | T | | | | | |
| 36. Professional Bank, Cash Account | B | Interest | M | T | | | | | |
| 37. Professional Bank, Cash Account | A | Interest | L | T | | | | | |
| 38. Professional Bank, Cash Account | B | Interest | K | T | | | | | |
| 39. Professional Bank, Cash Account | B | Interest | N | T | | | | | |
| 40. Professional Bank, Cash Account | B | Interest | J | T | | | | | |
| 41. Wells Fargo Bank, Cash Account | A | Interest | K | T | | | | | |
| 42. Wells Fargo Bank, Cash Account | A | Interest | N | T | | | | | |
| 43. Wells Fargo Bank, Cash Account | A | Interest | M | T | | | | | |
| 44. Wells Fargo Bank, Cash Account | A | Interest | L | T | | | | | |
| 45. Bank United, Cash Account | A | Interest | J | T | | | | | |
| 46. Bank United, Cash Account | B | Interest | M | T | | | | | |
| 47. Bank United, Cash Account | B | Interest | N | T | | | | | |
| 48. Bank United, Cash Account | B | Interest | M | T | | | | | |
| 49. Bank United, Cash Account (X) | B | Interest | M | T | | | | | |
| 50. Sabadell Bank, Cash Account | A | Interest | O | T | | | | | |
| 51. Sabadell Bank, Cash Account | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sabadell Bank, Cash Account | A | Interest | M | T | | | | | |
| 53. Sabadell Bank, Cash Account | A | Interest | M | T | | | | | |
| 54. Sabadell Bank, Cash Account | B | Interest | O | T | | | | | |
| 55. Sabadell Bank, Cash Account | B | Interest | J | T | | | | | |
| 56. Sabadell Bank, Cash Account | B | Interest | K | T | | | | | |
| 57. Sabadell Bank, Cash Account | A | Interest | J | T | | | | | |
| 58. Sabadell Bank, Cash Account | B | Interest | J | T | | | | | |
| 59. City National, Cash Account | A | Interest | L | T | | | | | |
| 60. BB&T, Cash Account | A | Interest | M | T | | | | | |
| 61. Bank of Ozarks, Cash Account | B | Interest | N | T | | | | | |
| 62. Bank of Ozarks, Cash Account | A | Interest | N | T | | | | | |
| 63. The Bancorp Bank, Cash Account | A | Interest | N | T | | | | | |
| 64. TD Bank, Cash Account | A | Interest | M | T | | | | | |
| 65. SEI Institutional Managed Trust Tax-Managed Large Cap Fund Class F | B | Dividend | M | T | | | | | |
| 66. SEI Institutional Managed Trust Tax-Managed Small/Mid Cap Fd Class F | A | Dividend | K | T | | | | | |
| 67. SEI Institutional International Trust International Equity Fd Class F | A | Dividend | K | T | | | | | |
| 68. SEI Institutional International Trust Emerging Mkts Equity Fd Class F | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SEI Tax Exempt Trust Intermediate-Term Municipal Fund Class F | A | Dividend | M | T | Sold (part) | 04/04/16 | J | A | |
| 70. | A | Distribution | | | | | | | |
| 71. SEI Institutional Managed Trust High Yield Bond Fund Class F | C | Dividend | K | T | | | | | |
| 72. SEI Institutional International Trust Intl Fixed Income Fund Class F | B | Dividend | L | T | Sold (part) | 10/17/16 | J | A | |
| 73. | A | Distribution | | | | | | | |
| 74. SEI Institutional International Trust Emerging Mkts Debt Fd Class F | A | Dividend | K | T | | | | | |
| 75. SEI Instituional Managed Trust Multi-Strategy Alt Fund Class F | A | Dividend | L | T | | | | | |
| 76. SEI Daily Income Trust Government Fund Class CAA | A | Dividend | N | T | | | | | |
| 77. SEI Tax Exempt Trust Tax Free Fund Class A | A | Dividend | | | Sold | 01/01/16 | J | A | |
| 78. SEI Daily Income Trust Government Fund Class F | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 79. SEI Daily Income Trust Government Fund Class CAA | A | Dividend | M | T | Buy | 01/01/16 | M | | |
| 80. SEI Daily Income Trust Government Fund Class | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 81. SEI Daily Income Trust Government Fund Class | A | Dividend | J | T | Buy | 01/01/16 | J | | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 07/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VI. Liabilities
Line 12 from the 2015 report, Mortgage with Gibraltar Bank- property was sold in 2016 so this mortgage no longer exists, you will see the property disposition in part VII. Line 12.
Line 12 in this years report is a new mortgage for 2016

VII. Investments and Trusts

Line 12 sale is regarding sale of a property under this entity for which     held mortgage liability, purchases are regarding two new properties for which     holds mortgage liability
Line 17 was accidentally omitted from the 2015 report
Line 49 was below reporting threshold last year
Lines 61 and 62, C1 Bank was acquired by Bank of Ozarks

AMENDED ITEMS Part VII. Investments and Trusts

Line 16 from the original 2016 report (prior to the amendment) was omitted for the amendment from part VII, as requested, because it belongs in part III. The Koniver Stern Group, Inc. is an S-corporation in which the     has ownership and receives a K-1. This was discussed over the phone with an examiner for the Committee on Financial Disclosure and decided thusly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth F. Bloom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544